**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Humberto MARTINEZ–MARTINEZ,**
**Defendant–Appellant.**

**No. 03–41169**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E Dahlin, II, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Richard Bruce Gould, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Humberto Martinez–Martinez appeals his guilty-plea conviction and sentence for being found illegally present in the United States after deportation. He argues, pursuant to *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b) are elements of the offense, not sentence enhancements, making those provisions unconstitutional. Martinez concedes that this argument is foreclosed and he raises it for possible review by the Supreme Court.

This argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). We must follow the precedent set in *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000) (internal quotation and citation omitted).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set for in 5TH CIR. R. 47.5.4.